

# United States District Court
## Eastern District of California

In Re Bestwall LLC

Plaintiff(s)

Case Number: 2:22-MC-00220-KJM-DB

V.

Dana Loomis, PhD

Defendant(s)

AMENDED
APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Erin A. Therrian hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Bestwall LLC

On 11/04/2011 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Note: This is an amended application which corrects information in the application submitted in this case on 07/12/2022.

Date: 07/14/2022   Signature of Applicant: /s/ Erin A. Therrian

**Pro Hac Vice Attorney**

Applicant's Name: Erin A. Therrian

Law Firm Name: Schachter Harris, LLP

Address: 909 Lake Carolyn Parkway, Suite 1775

City: Irving          State: TX     Zip: 75039

Phone Number w/Area Code: (214) 999-5700

City and State of Residence: Irving, Texas

Primary E-mail Address: etherrian@shtriallaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: McGregor W. Scott

Law Firm Name: King & Spalding

Address: 621 Capitol Mall, Suite 1500

City: Sacramento          State: CA     Zip: 95814

Phone Number w/Area Code: (916) 321-4800          Bar # 142413

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  July 20, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Erin Ann Therrian**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2011.

I further certify that the records of this office show that, as of this date

**Erin Ann Therrian**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 14th day of July, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9096C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.