

# United States District Court
# Eastern District of California

|  |  |
|---|---|
| ☐ Plaintiff(s) | Case Number: ☐ |
| V. |  |
| ☐ Defendant(s) | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____     Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____ Bar # _____

**ORDER**

Dated: August 10, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

August 3, 2022

I hereby certify that John Raymond Bevis, Esq., was admitted on the 18th day of June, 1996, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

, Clerk

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over eighteen years of age and not a party to the within action; my business address is 3760 Kilroy Airport Way, Suite 680, Long Beach, California 90806.

On the date set forth below, I served a true and correct copy of the foregoing document(s) described as:

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

On all interested parties in this action stated below via the following means of service:

**[XX] BY ELECTRONIC SERVICE:   I certify that a copy of the document was filed on the CM/ECF system and served via electronic service via CM-ECF (Electronic Case Filing) for the same day delivery to the offices of the addressee(s) per CM-ECF (Electronic Case Filing) Service List.**

[ ]   BY FEDERAL EXPRESS:  I caused such envelope to be transmitted by federal express for next day delivery (by 10:30 a.m.) to the offices of the addressee(s).

I declare under penalty of perjury, under the laws of the United States of America and State of California that the above is true and correct.   Executed on August 4, 2022 at Long Beach, California.

_____
Claudia Cortes