UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IN RE BESTWALL LLC** | Case No. 2:22-MC-00220-KJM-DB |
| | Subpoena issued in Case No. 3:17-BK-31795-LTB (Bankruptcy Court, Western District of North Carolina |
| | **ORDER GRANTING BESTWALL LLC'S REQUEST TO SEAL DOCUMENTS** |
| | Date: September 9, 2022<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge Kimberly J. Mueller |

For the reasons set forth in Bestwall LLC's Request to Seal Documents and for good cause shown, the Court issues the following order:

(1) Pending the Court's determination of Bestwall's Motion to Determine Invalidity of Clawback Claims by Dana Loomis, PhD and to Compel Compliance with Rule 45 Subpoena, the following document is provisionally sealed: Exhibit A to Bestwall LLC's Request to Seal Documents.

(2) The following documents are sealed: (a) Exhibit 1 to the Declaration of Erin Therrian in Support of Bestwall, LLC's Request to Seal Documents, and (b) Exhibit C to Bestwall LLC's Request to Seal Documents.

(3) Bestwall is permitted to file Exhibit B to Bestwall LLC's Request to Seal Documents on the public docket.

**IT IS SO ORDERED.**

DATED: September 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE